RE: COURT OF APPEALS NUMBER: 01-15-00860-CV
TRIAL COURT CASE NUMBER: 76468-F

STYLE: FERNANDO HAFFID CAMERO VS SAMANTHA JO CAMERO

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 16 2015

CHRISTOPHER A. PRINE

CLERK

I FILE PRO-SE THIS DECLARATION OF INABILITY TO PAY COST. FILE ON NOVEMBER 12, 2015. IN ADDITION MY BRIEF I HAVE REQUESTED TO SEE THIS LEGAL AGREEMENT FILED WITH RHONDA BARCHAK IN BRAZORIA COUNTY. I SUPPOSELY MARRIED SAMANTHA JO CAMERO ON OR ABOUT FEBRUARY 15, 2010. I WAS IN PRISON OR ON MY WAY THERE. SO APROXY OR COMMON LAW MARRIED. I NEVER SIGNED OR FILED OUT ANY KIND OF LEGAL DOCUMENTS (APROXY) OR (COMMON LAW) MUST BE FILED WITH DISTRICT CLERK AND PROVEN. THE PETITIONERS SUPPORTING AFFIDAVIT DOES NOT HOLD TRUTH AND STATE EVIDENCE PROOFS IT. I WAS NOT PRESENT AT MY TRIAL HOW COULD I STAND A CHANCE WITHOUT PROPER REPRENTATION. I CHALLENGE THE MARRIAGE LICENSE AND THE PETITIONERS SUPPORTING AFFIDAVIT. OVER ALL I JUST WANT THE RIGHT TO BE A FATHER TO MY CHILDREN. YOUR ASSISTANCE IN THE MATTER IS GREATLY APPRECIATED.

I, FERNANDO HAFFID CAMERO, TDCJ# 1945837, BEING PRESENTLY INCARCERATED IN THE FERGUSON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN MADISON COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 12 DAY OF NOVEMBER 20 15

_Fernando Haffid Camero_
FERNANDO HAFFID CAMERO TDCJ# 1945837

# DECLARATION OF INABILITY TO PAY COST

THE FOLLOWING DECLARATION IS MADE PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURES AND TITLE 6 CHAPTER 132 OF THE CIVIL PRACTICES AND REMIDIES CODE.

NOW RESPECTFULLY COMES FERNANDO HAFFID CAMERO, TDCJ# 1945837, AND DECLARES THAT I AM UNABLE TO PAY THE COURT COSTS IN THIS CIVIL ACTION AND REQUESTS LEAVE OF THE COURT TO PROCEED IN FORMA PAUPERIS IN THIS ACCOMPANYING CIVIL ACTION AND WOULD SHOW THE COURT THE FOLLOWING:

(1) I AM PRESENTLY INCARCERATED INT THE FERGUSON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

(2) I HAVE NO SOURCE OF INCOME OR SPOUSAL SUPPORT INCOME

(3) I CURRENTLY HAVE $0.00 CREDITED TO ME IN THE INMATE TRUST FUND

(4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE I HAVE RECEIVED APPROXIMATELY $50.00/XX PER MONTH AS GIFTS FROM RELATIVES AND FRIENDS.

(5) I NEITHER OWN NOR HAVE AN INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNT AND I RECEIVE NO INTEREST OR DIVIDED INCOME FROM ANY SOURCE

(6) I HAVE 0 DEPENDENTS

(7) I HAVE TOTAL DEBTS OF APPROXIMATELY $2491.00/XX

(8) I OWE $1198.00/XX AS RESTITUTION

(9) MY MONTHLY EXPENSES ARE APPROXIMATELY $50.00/XX

I FERNANDO HAFFID CAMERO, TDCJ# 1945837, BEING PRESENTLY INCARCERATED IN THE FERGUSON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN MADISON COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT, EXECUTED ON THIS THE 12 DAY OF NOVEMBER 2015.

FERNANDO HAFFID CAMERO TDCJ# 1945837

Fernando Cantero #1445839
Ferguson Unit (J-1-2-B)
12120 Savage Drive
Midway, Texas 75852

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 16 2015

CHRISTOPHER A. PRINE
CLERK

NORTH TEXAS TX 750
DALLAS TX 750
13 NOV 2015 PM4 L

7700220669

Court Of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

FOREVER
USA

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION